**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-7175**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

STEVEN ELLIOTT GRAHAM,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Middle District of North Carolina, at Rockingham.  William L. Osteen, Sr., District Judge.  (CR-95-307, CA-97-468-3)

─────────────

Submitted:  January 21, 1999          Decided:  February 9, 1999

─────────────

Before LUTTIG, MOTZ, and KING, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Steven Elliott Graham, Appellant Pro Se.  Michael Francis Joseph, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Steven Elliott Graham seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion adopting the report and recommendation of a magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Graham, Nos. CR-95-307; CA-97-468-3 (M.D.N.C. May 26, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2